UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BRANDY MOSLEY** | **CIVIL ACTION NO. 5:11-cv-00853** |
| **v.** | **JUDGE FOOTE** |
| **RENT-A-CENTER EAST, INC.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

Upon Joint Stipulation of counsel for all parties who have appeared in the above captioned matter filed with this Court under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and after being advised by counsel for all parties that all claims pertaining to the above captioned matter have been compromised and settled;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims in the above captioned matter be and are hereby **DISMISSED WITH PREJUDICE.**

**THUS RENDERED AND SIGNED** at Shreveport, Caddo Parish, Louisiana this __16th__ day of __June__ 2011.

_____
JUDGE ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE